# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS, *ex rel.* THOMAS HEADEN III, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-18-773 |
| ABUNDANT LIFE THERAPEUTIC SERVICES TEXAS, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion of this date, Headen's second amended complaint is dismissed. Counts I, II, III, and IV are dismissed, with prejudice and without leave to amend. Count V is dismissed, without prejudice, for refiling in state court.

SIGNED on April 30, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge